No. 95–719. GASPERINI *v.* CENTER FOR HUMANITIES, INC. C. A. 2d Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to

be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.